Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 22-14205-DD

| Caption: Keyvon Sellers v. Jerry Nelson, as personal representative of the Estate of Eddie Lee Nelson, Jr., et al. | District and Division: Middle District of Georgia, Columbus Division<br>Name of Judge: Clay D. Land<br>Nature of Suit: 42 USC 1983 Deliberate Indifference<br>Date Complaint Filed: September 8, 2020<br>District Court Docket Number: 4:20-cv-00213-CDL<br>Date Notice of Appeal Filed: December 9, 2022<br>☐ Cross Appeal   ☐ Class Action<br>Has this matter previously been before this court?<br>☐ Yes   ☑ No<br>If Yes, provide<br>(a) Caption: _____<br>(b) Citation: _____<br>(c) Docket Number: _____ |
|---|---|

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Thomas F. Gristina<br>James C. Clark, Jr.<br>Tyler C. Cashbaugh | Page, Scrantom, Sprouse, Tucker & Ford, P.C., 1111 Bay Avenue, Third Floor, Columbus, Georgia, 31901 | (t) 706-324-0251<br>(f) 706-596-9992<br>tgristina@pagescrantom.com |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Craig T. Jones | PO Box 129 Washington, Georgia, 30673 | (t) 678-643-0062<br>craigthomasjones@outlook.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☑ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☑ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$ not specified<br>Amount Sought by Defendant:<br>$ n/a<br>Awarded:<br>$ n/a<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary   ☐ Granted<br>☐ Permanent   ☐ Denied |

Page 2                                                                 11th Circuit Docket Number: 22-14205-DD

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes ☐ No
What is the issue you claim is one of First Impression? See attached.

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Is Keyvon Sellers entitled to qualified immunity as to Appellees' Fourteenth Amendment deliberate indifference claims based on Eddie Nelson's death?

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 10th DAY OF January, 2023.

Thomas F. Gristina

NAME OF COUNSEL (Print)                              SIGNATURE OF COUNSEL

Appeal No. 22-14205-DD

*Keyvon Sellers v. Jerry Nelson, as personal representative of the Estate of Eddie Lee Nelson, Jr., et al.*

## ISSUE OF FIRST IMPRESSION

*If a jail intake officer is aware that an inmate was imprisoned for aggravated assault motivated by race, is it deliberate indifference to not take steps to isolate the inmate?*